**E-FILING**   **ORIGINAL**

Filed

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Fee Paid*
*SA*
*99*

Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**C08   00310   PVT**

| | |
|---|---|
| PHILLIP ERKENBRACK<br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP<br><br>Defendant. | ) COMPLAINT FOR VIOLATIONS OF<br>) FEDERAL FAIR DEBT COLLECTION<br>) PRACTICES ACT<br>)<br>)<br>)<br>)<br>)<br>) |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

## III. PARTIES

3.    Plaintiff, Phillip Erkenbrack (hereinafter "Plaintiff"), is a natural person residing in the county of Santa Clara, in the state of California.

4.    At all relevant times herein, Defendant, GC Services Limited Partnership (hereinafter "Defendant"), is a Texas Limited Partnership. Defendant acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it attempted to collect a debt allegedly owed to it by Plaintiff.



Complaint - 1

## IV. FACTUAL ALLEGATIONS

5.   At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6.   On at least one occasion within the last year, Defendant engaged in conduct of which the natural consequence was to harass, oppress, and/or abuse Plaintiff, including causing Plaintiff's telephone to ring with the intent to annoy, abuse and/or harass in violation of 15 USC 1692d(2)(5).

7.   On at least one occasion within the last year, Defendant failed to validate the alleged debt at the time of its initial contact with Plaintiff and failed to provide such validation within five days thereafter in violation of 15 USC 1692g(a).

8.   On at least one occasion within the last year, Defendant failed to provide meaningful disclosure of its identity and address in violation of 15 USC 1692d(6).

9.   On at least one occasion within the last year, Defendant failed to disclose in the initial communication that the communication was an attempt to collect a debt in violation of 15 USC 1692e(11).

10.   On at least one occasion within the last year, Defendant failed to disclose in the initial communication that Plaintiff had thirty days to dispute the alleged debt in violation of 15 USC 1692g.

## IV.    PRAYER FOR RELIEF

11.   As a result of the aforementioned violations of the FDCPA, Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.



Complaint - 2

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

B.    Actual damages;

C.    Statutory damages pursuant to 15 U.S.C. § 1692k;

D.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and,

E.    For such other and further relief as may be just and proper.

<u>PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY</u>

Respectfully submitted this 14th day of January 2008.

**ORIGINAL**

By: _____
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

Complaint - 3