| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> **TAMMY HUSSIN 155290** <br> **WEISBERG & MEYERS, LLC** <br> **6455 PYRUS PLACE CARLSBAD CA** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 760 676-4001   FAX NO. (Optional): <br> EMAIL ADDRESS (Optional): thussin@attorneysforconsumers.com <br> ATTORNEY FOR (Name): PHILLIP ERKENBRACK | |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: PHILLIP ERKENBRACK <br> DEFENDANT/RESPONDENT: GC SERVICES LIMITED PARTNERSHIP | CASE NUMBER: <br> **C08 00310** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons; Civil Cover Sheet; Complaint for Violations of Federal Fair Debt Collection Practices Act; Order Setting Initial Case Management Conference and Adr Deadlines

3. a. Party served (specify name of party as shown on documents served):
   **GC SERVICES LIMITED PARTNERSHIP**

   b. [Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
   X ] item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
   Joseph Van Nest, Attorney, A white male approx. 5'6"-5'8" in height weighing 180-200 lbs

4. Address where the party was served:
   **633 GULFTON, HOUSTON, TX 77081**

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on (date): **2/14/2008**   (2) at (time): **11:00 AM**

   b. [  ] **by substituted service.** On (date):   (2) at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city):   or [  ] a declaration of mailing is attached.

   (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10 <br> Order No. 5360641 SEA |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: PHILLIP ERKENBRACK | CASE NUMBER: |
| DEFENDANT/RESPONDENT: GC SERVICES LIMITED PARTNERSHIP | C08 00310 |

    c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on *(date):*    (2) from *(city):*
        (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
        (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
    d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify):*
    c. [ ] as occupant
    d. [X] On behalf of *(specify):* **GC SERVICES LIMITED PARTNERSHIP**
        under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
            [ ] other

7. **Person who served papers**
    a. Name:    **Byron McDuffie**
    b. Address:    **3320 AUTUMN FOREST, PEARLAND, TX 77584**
    c. Telephone number:    832-736-9155
    d. The fee for service was:    $75.00
    e. I am:
        (1) [X] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
        (3) [ ] registered California process server:
            (i) [ ] owner    [ ] employee    [ ] independant contractor
            (ii) [ ] Registration No.:
            (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 2/14/2008

| | |
|---|---|
| **Byron McDuffie** | *(signature)* |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

Order No. 5360641 SEA