# WEISBERG & MEYERS, LLC

**ATTORNEYS FOR CONSUMERS**
6455 PYRUS PLACE
CARLSBAD, CA 92011
760-676-4001
866-775-3666 (TOLL FREE)
866-565-1327 FACSIMILE
WWW.ATTORNEYSFORCONSUMERS.COM

EXTENSION: 215
E-MAIL: THUSSIN@ATTORNEYSFORCONSUMERS.COM

WRITER LICENSED IN:
COLORADO;
CALIFORNIA

March 25, 2008

In re: PHILLIP ERKENBRACK v GC SERVICES LTD PARTNERSHIP
Case Number: C 08-00310

Dear Honorable Judge Trumbull,

I am writing to request a telephonic appearance at the Case Management Conference scheduled for May 6, 2008. It would be a hardship to make a personal appearance insofar as my office is located in San Diego.

Best regards,

Tammy Hussin
Attorney for Plaintiff

ARIZONA * CALIFORNIA * COLORADO * FLORIDA * ILLINOIS
MISSOURI * NEW MEXICO * OKLAHOMA * OREGON * TEXAS * WASHINGTON