1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12  PHILLIP ERKENBRACK,                     )        Case No.: C 08-0310 PVT
                                            )
13                  Plaintiff,              )        **ORDER GRANTING PLAINTIFF'S**
                                            )        **COUNSEL'S REQUEST TO APPEAR**
14          v.                              )        **BY TELEPHONE AT CASE**
                                            )        **MANAGEMENT CONFERENCE**
15  GC SERVICES LIMITED                     )
    PARTNERSHIP,                            )
16                                          )
                    Defendant.              )
17  _____ )

18          On March 25, 2008, counsel for Plaintiff filed a request to appear by telephone at the Case

19  Management Conference on May 6, 2008.[1]  Based on the request and the file herein,

20          IT IS HEREBY ORDERED that the request of Plaintiff's counsel is GRANTED for the

21  initial Case Management Conference only.

22          IT IS FURTHER ORDERED that, if defense counsel also wishes to appear by telephone

23  (because he is also located in Southern California), he shall so notify the court in writing no later

24  than April 29, 2008.

25          IT IS FURTHER ORDERED that any counsel who will be appearing by telephone at the

26  Case Management Conference shall contact this court's courtroom deputy (Corinne Lew at

27

28          [1]      The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

                                        ORDER, *page 1*

1 | 408-535-5378) no later than May 5, 2008 to make arrangements for appearing by telephone.

2 |      IT IS FURTHER ORDERED that, in the event either party requests reassignment and the

3 | case is reassigned to a District Judge, this order will be deemed vacated and any counsel who wishes

4 | to appear at the rescheduled Case Management Conference shall file a request with the then-assigned

5 | District Judge.

6 | Dated: *3/26/08*

7 | *Patricia V. Trumbull*
        PATRICIA V. TRUMBULL

8 |         United States Magistrate Judge

ORDER, *page 2*