CARLSON & MESSER LLP

LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

March 28, 2008

Hon. Magistrate Judge Patricia Trumbull
United States District Court
Northern District of California
San Jose Division
United States Courthouse
280 South First Street
Courtroom 5, 4th Floor
San Jose, CA 95113

    Re:    **Phillip Erkenbrack v. GC Services Limited Partnership**
                Court Case Nos.:    C08-000310 PVT
                Our File #:            05722.00

Dear Hon. Judge Trumbull:

    I am writing to request a telephonic appearance at the Case Management Conference scheduled for May 6, 2008. It would be a hardship to make a personal appearance insofar as my office is located in Los Angeles.

    Thank you for your courtesy and cooperation.

                                      Very truly yours,

                                      David J. Kaminski
                                      CARLSON & MESSER LLP

DJK:am

05722.00:143153