```
 1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
    STEPHEN A. WATKINS, ESQ., (SBN #205175)
 2  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 3  Los Angeles, California 90045
    (310) 242-2200 Telephone
 4  (310) 242-2222 Facsimile

 5  Attorneys for Defendant,
    GC SERVICES LIMITED PARTNERSHIP
 6

 7
                    UNITED STATES DISTRICT COURT
 8
         FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
 9

10

11  PHILLIP ERKENBRACK,            )   CASE NO. C08-000310 PVT
                                   )
12                                 )   [Complaint Filed:   01/18/08]
                    Plaintiff,     )   Magistrate Judge: Hon. Patricia V. Trumbull
13                                 )
         vs.                       )
14                                 )   NOTICE OF SETTLEMENT
    GC SERVICES LIMITED            )
15  PARTNERSHIP,                   )
                                   )
16                  Defendants.    )
                                   )
17                                 )
                                   )
18

19

20
           TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR
21
    RESPECTIVE COUNSEL OF RECORD:
22
           **PLEASE TAKE NOTICE** that Defendant GC SERVICES LIMITED PARTNERSHIP and
23
    Plaintiff PHILLIP ERKENBRACK have settled the above-entitled matter in its entirety. The parties
24
    anticipate that they will complete the settlement, and that the parties will file a Stipulation Re:
25
    Dismissal of the entire action, with prejudice, within 45 days of this Notice.
26
    ///
27
    ///
28
```

1 | The parties request that the Court take off calendar all future hearing dates in this matter.

3 | DATED: April 9, 2008                     CARLSON & MESSER LLP

By _____
David J. Kaminski, Esq.
Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP