**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PHILLIP ERKENBRACK,                                              C 08-00310 PVT

        *Plaintiff(s),*

                                                 **CLERK'S NOTICE RESCHEDULING**
                                                 **CASE MANAGEMENT CONFERENCE**

*vs.*

GC SERVICES LIMITED PARTNERSHIP,

        *Defendant(s).*

_____

      Please take notice that the Case Management Conference scheduled  for May 6, 2008 at 2:00 p.m. has been rescheduled for **July 15,  2008 2:00 p.m.**  before Magistrate Patricia V. Trumbull**.**

Dated: April 29,  2008

                                     /s/ Corinne Lew
                                     _____
                                     Corinne Lew
                                     DEPUTY CLERK