1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant,
   GC SERVICES LIMITED PARTNERSHIP
6

7

8                  UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 PHILLIP ERKENBRACK,            )   CASE NO. C08-000310 PVT
                                  )
12                                )   [Complaint Filed:  01/18/08]
                Plaintiff,        )   Magistrate Judge: Hon. Patricia V. Trumbull
13                                )
      vs.                         )
14                                )   [PROPOSED] ORDER RE:
   GC SERVICES LIMITED            )   STIPULATION TO DISMISS ENTIRE
15 PARTNERSHIP,                   )   ACTION WITH PREJUDICE PURSUANT
                                  )   TO FRCP 41(a)(1)
16              Defendants.       )
                                  )
17                                )
                                  )
18                                )
                                  )
19

20         The Court has reviewed the Stipulation of all parties to dismiss with prejudice the

21 entire Complaint of Plaintiff PHILLIP ERKENBRACK. Pursuant to the Stipulation between the

22 parties, the Court orders as follows:

23         1.    That the entire action filed by Plaintiff PHILLIP ERKENBRACK is hereby

24 dismissed, with prejudice, pursuant to FRCP 41(a)(1).

25 ///

26 ////

27 ///

28 ///

05722.00:143422                          1
                              [PROPOSED] ORDER                    CASE NO. C08-000310 PVT

**IT IS SO ORDERED**

DATED: _____

_____
UNITED STATES DISTRICT COURT
JUDGE, NORTHERN DISTRICT