1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant,
   GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP ERKENBRACK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　Defendants. | CASE NO. C08-000310 PVT<br><br>[Complaint Filed:  01/18/08]<br>Magistrate Judge: Hon. Patricia V. Trumbull<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH PROPOSED ORDER]** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant GC SERVICES LIMITED PARTNERSHIP and Plaintiff PHILLIP ERKENBRACK through their respective counsel of record, that Plaintiff PHILLIP ERKENBRACK agrees to dismiss the above-entitled lawsuit in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party shall bear its own costs and expenses.

DATED: May 7, 2008                          WEISBERG & MEYERS, LLC


                                            By  /s/  Tammy Hussin
                                                Tammy Hussin, Esq.
                                                Attorneys for Plaintiff,
                                                PHILLIP ERKENBRACK

05722.00:143421                                    1

STIPULATION RE DISMISSAL                           CASE NO. C08-000310 PVT

| | |
|---|---|
| 1  DATED: May 7, 2008 | CARLSON & MESSER LLP |
| 4 | By  /s/  David J. Kaminski |
| 5 | David J. Kaminski, Esq.<br>Attorneys for Defendant,<br>GC SERVICES LIMITED PARTNERSHIP |

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05722.00:143421

2

STIPULATION RE DISMISSAL    CASE NO. C08-000310 PVT